934 A.2d 1154

Anthony PITTS, Petitioner,

v.

Thomas CORBETT, Attorney General for the Commonwealth of Pennsylvania; James T. Wynder, Superintendent at S.C.I. Dallas, 1000 Folies Road, Dallas, PA 18612, Respondents.

No. 121 EM 2007.

Supreme Court of Pennsylvania.

Oct. 15, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 15th day of October, 2007, the Application to File Original Process is granted and the Writ of Habeas Corpus is denied.

934 A.2d 1154

Kenneth E. AYERS, Petitioner,

v.

Edward RENDELL, Governor of The Commonwealth of Pennsylvania; Tom Corbett, Attorney General of The Commonwealth of Pennsylvania and David Diguglielmo, Superintendent at The State Correctional Institution at Graterford, Respondents.

No. 123 EM 2007.

Supreme Court of Pennsylvania.

Oct. 15, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 15th day of October, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.